THE GERMAN REFORMED CHURCH *et al.* v. ALBERTA E. ABBEY *et al.*

CASE-MADE, *Not Attested.* Where the case-made is neither attested by the clerk nor has the seal of the court attached, the judgment cannot be reviewed.

*Error from Doniphan District Court.*

ACTION of ejectment, brought on January 24, 1889, by *Alberta E. Abbey* and others against the *German Reformed Church* and others, to recover certain real estate. Second trial at the July term, 1890, and judgment for plaintiffs. The defendants bring the case to this court.

*F. H. Drenning*, and *S. L. Ryan*, for plaintiffs in error.

*Albert Perry*, for defendants in error.

*Per Curiam:* The case-made, as presented, does not comply with the statutory provisions. It is not attested by the clerk, nor is the seal of the district court attached thereto. The judgment therefore cannot be reviewed. (*Karr v. Hudson*, 19 Kas. 474.) The case will be dismissed.